PS 8
(8/88)

# United States District Court
for

### SOUTHERN DISTRICT OF CALIFORNIA



07 DEC 18 PM 1:06

**U. S. A. vs. KATHLEEN CORNELL JONES**          Docket No. 07MJ2639-001

### Petition for Modification of Conditions of Pretrial Release

DEPUTY

     Comes now Diana Kouhi Pretrial Services Officer presenting an official report upon the conduct of defendant JONES, KATHLEEN CORNELL who was placed under pretrial release supervision by the Honorable Jan M. Adler sitting in the court at San Diego, on the 20th day of November, 2007, under the following conditions:

General Conditions:
Not commit a federal, state or local law during the period of release; Make all Court appearances.
Special Conditions:
Restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; and not possess any firearm or other dangerous weapon or explosive device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant has previously experienced depression, panic attacks, and anxiety, and she believes she can benefit from participating in mental health treatment. Pretrial Services and defense counsel (Jodi Thorpe) are in agreement with this modification request.

**PRAYING THAT THE COURT WILL MODIFY THE CONDITIONS OF RELEASE TO INCLUDE THAT THE DEFENDANT PARTICIPATE IN PSYCHOLOGICAL COUNSELING AS DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this 17th day of December, 2007 and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge Jan M. Adler

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/07

Respectfully,

Diana Kouhi U.S. Pretrial Services Officer

Place   San Diego, California

Date   December 14, 2007