FILED
07 DEC 19 PM 3:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3410 DMS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| KATHLEEN CORNELL JONES, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about November 9, 2007, within the Southern District of California, defendant KATHLEEN CORNELL JONES did knowingly and intentionally import 50 kilograms and more, to wit: approximately 61.75 kilograms (135.85 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JJO:nlv:San Diego
12/17/07

Count 2

On or about November 9, 2007, within the Southern District of California, defendant KATHLEEN CORNELL JONES did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 61.75 kilograms (135.85 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2