| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DALE BLANKENSHIP |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 235960 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6199 |
| | Facsimile: (619) 235-2757 |
| 6 | Email: dale.blankenship@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3410-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| KATHLEEN CORNELL JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

Dale Blankenship

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED:   December 27, 2007.

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        s/ Dale Blankenship
        _____
        DALE BLANKENSHIP
        Assistant United States Attorney
        Attorneys for Plaintiff
        United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KATHLEEN CORNELL JONES,  )<br>  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. 07cr3410-DMS<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, DALE BLANKENSHIIP, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Jodi D. Thorp

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 27, 2007.

                                                s/ Dale Blankenship
                                              DALE BLANKENSHIP