1  **JODI DENISE THORP**
   California State Bar No. 223663
2  427 C Street, Ste. 300
   San Diego, California  92101-5008
3  Telephone:  (619) 233-3169
   jodithorp@thorplawoffice.com
4

5  Attorneys for Ms. Cornell Jones

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,              )   Case No.:  07CR3410-DMS
                                          )
12                 Plaintiff,             )   Date:    January 25, 2008
                                          )   Time:    11:00 A.m.
13 v.                                     )
                                          )   **NOTICE OF MOTIONS AND**
14 KATHLEEN CORNELL JONES,                )   **MOTIONS TO:**
                                          )
15                                        )   **(1) DISMISS INDICTMENT DUE TO THE**
                   Defendant.             )   **UNCONSTITUTIONALITY OF THE**
16                                        )   **CHARGING STATUTES;**
                                          )   **(2) DISMISS THE INDICTMENT DUE TO**
17                                        )   **MISINSTRUCTION OF THE GRAND**
                                          )   **JURY;**
18                                        )   **(3) PRESERVE AND INSPECT EVIDENCE;**
                                          )   **(4) COMPEL DISCOVERY;**
19                                        )   **(5) SUPPRESS STATEMENTS; AND,**
                                          )   **(6) GRANT LEAVE TO FILE FURTHER**
20 _____)   **MOTIONS**

21 TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
            DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:
22

23     **PLEASE TAKE NOTICE** that on January 25, 2008, at 11:00 A.m., or as soon thereafter as counsel

24 may be heard, the accused, Kathleen Cornell Jones, by and through her attorney, Jodi Denise Thorp, will

25 ask this Court to enter an order granting the motions outlined below.

26 //

27 //

28

                                                                              07cr3410-DMS

**MOTIONS**

Defendant, Ms. Cornell Jones, by and through her attorneys, Jodi Denise Thorp, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to the Unconstitutionality of the Charging Statutes;
(2) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(3) Preserve and Inspect Evidence;
(4) Compel Discovery;
(5) Suppress Statements; and,
(6) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

*s/ Jodi Denise Thorp*
DATED: January 17, 2008    JODI DENISE THORP
Attorneys for Ms. Cornell Jones
E-mail: jodithorp@thorplawoffice.com