1  **JODI DENISE THORP**
   California State Bar No. 223663
2  427 C Street, Ste. 300
   San Diego, California  92101-5008
3  Telephone:  (619) 233-3169
   jodithorp@thorplawoffice.com
4

5  Attorneys for Mr. Cornell Jones

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                    (HONORABLE DANA M. SABRAW)

10 UNITED STATES OF AMERICA,        )   Case No. 07CR3410-DMS
                                    )
11         Plaintiff,                )
                                    )
12 v.                                )   PROOF OF SERVICE
                                    )
13 **KATHLEEN CORNELL JONES**       )
                                    )
14         Defendant.                )
                                    )
15

16         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

17 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

18 upon:

19         **Dale Blankenship, Assistatn United States Attorney's Office**
           efile.dkt.gc2@usdoj.gov
20

21 Dated: January 17, 2008                    _s/ Jodi D. Thorp_
                                              **JODI DENISE THORP**
22                                            jodithorp@thorplawoffice.com

23

24

25

26

27

28