**JODI DENISE THORP**
California State Bar No. 223663
427 C Street, Ste. 300
San Diego, California 92101-5008
Telephone: (619) 233-3169
jodithorp@thorplawoffice.com

Attorneys for Ms. Cornell Jones

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3410-DMS |
| Plaintiff, | |
| v. | MOTION TO SHORTEN TIME IN FILING DEFENDANT'S MOTIONS |
| **KATHLEEN CORNELL JONES,** | |
| Defendant. | |

    The above-named defendant, by and through counsel, moves this Court for an order shortening time in Defendant's notice of motions and motions (docket no. 18) to eight (8) days, to be heard January 25, 2008, 2:00 p.m., or as soon thereafter as counsel may be heard, for the following :

    In late December 2007 and early January 2008, counsel was ill for approximately two weeks, thus counsel required additional time to prepare and file motions.

Respectfully submitted

Dated: January 17, 2008

    *s/ Jodi D. Thorp*
**JODI DENISE THORP**
jodithorp@thorplawoffice.com