UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**KATHLEEN CORNELL JONES,**<br><br>    Defendant. | Case No. 07CR3410-DMS<br><br>ORDER TO<br>SHORTEN TIME IN FILING<br>DEFENDANT'S MOTIONS |

   **IT IS HEREBY ORDERED** that the motion shortening time in filing the defendant's notice of motions and motions (docket no. 19) to eight (8) days, to be heard January 25, 2008, 2:00 p.m. be granted.

   **IT IS SO ORDERED.**

DATED: January 18, 2008

_____
HON. DANA M. SABRAW
United States District Judge