KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U.S. Attorney
California State Bar No. 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6199/(619) 235-2757 (Fax)
Email: Dale.Blankenship@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3410-DMS |
| | ) | |
| Plaintiff, | ) | DATE: January 25, 2007 |
| | ) | TIME: 2:00 p.m. |
| | ) | |
| | ) | GOVERNMENT'S NOTICE OF MOTION |
| KATHLEEN CORNELL JONES, | ) | AND MOTION FOR RECIPROCAL |
| | ) | DISCOVERY |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF MOTIONS

TO:  Jodi Thorp,Esq., Counsel for defendant KATHLEEN CORNELL
     JONES.

PLEASE TAKE NOTICE  that on Friday, January 25, 2008, at 11:00 a.m.,
or as soon thereafter as counsel may be heard, plaintiff, UNITED
STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United
States Attorney, and A. DALE BLANKENSHIP, Assistant United States
Attorney, will move the court for an order granting the Government's
Motion for Reciprocal Discovery.

//
//
//
//

MOTIONS

    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

    DATED:    January 22, 2008.

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney


                                        s/ A. Dale Blankenship
                                        A. DALE BLANKENSHIP
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        Email: Dale.Blankenship@usdoj.gov