JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
Fax: (619) 684-3569
jodithorp@thorplawoffice.com

Attorneys for Ms. Cornell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KATHLEEN CORNELL JONES<br><br>　Defendant. | Criminal No.  07CR3410-DMS<br><br>DATE: January 25, 2008<br><br>TIME: 11:00 a.m.<br><br><br>**JOINT MOTION TO CONTINUE**<br>**MOTION HEARING** |

　　　Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Kathleen Cornell Jones, along with Assistant United States Attorney Andrew Schopler, that the motion hearing currently scheduled for January 25, 2008, be rescheduled to Friday**, March 7, 2008, at 11:00 a.m.** for motion hearing trial setting.  The parties agree that all other dates should be vacated.

　　　**IT IS SO STIPULATED.**

DATED:　　　January 24, 2008　　　　　　　/s/ Jodi D. Thorp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JODI D.THORP**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Mr. Ruiz-Soto


DATED:　　　January 24, 2008　　　　　　　/s/ Dale Blankenship
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DALE BLANKENSHIP**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney