**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
Fax: (619) 223-3569
email: jodithorp@thorplawoffice.com

Attorneys for Mr. Cornell Jones

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN CORNELL JONES,<br><br>    Defendant. | CASE NO. 07CR3410-DMS<br><br>DATE: January 25, 2008<br><br>TIME: 11:00 a.m.<br><br>CERTIFICATE OF SERVICE |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Dale Blankenship, Assistant Untied States Attorney

DATED:      January 24, 2008                    /s/ Jodi D. Thorp
                                                                                        JODI D. THORP
                                                                                        Counsel for Ms. Cornell Jones