UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.07CR3410-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| **KATHLEEN CORNELL JONES**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently set for January 25, 2008, be continued to March 7, 2008, at 11:00 a.m.

**SO ORDERED.**

DATED:  January 24, 2008

_____
HON. DANA M. SABRAW
United States District Judge