JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
jodithorp@thorplawoffice.com

Attorneys for Ms. Cornell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  07CR3410-DMS |
| Plaintiff, | ) | |
| | ) | DATE: March 28, 2008 |
| v. | ) | |
| | ) | TIME: 11:00 a.m. |
| KATHLEEN CORNELL JONES | ) | |
| Defendant. | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **MOTION HEARING** |
| | ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Kathleen Cornell Jones, along with Assistant United States Attorney Dale Blankenship, that the motion hearing currently scheduled for March 28, 2008, be rescheduled to Friday**, May 16, 2008, at 11:00 a.m.** for motion hearing trial setting.  The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED:        March 27, 2008           /s/ Jodi D. Thorp
                                       **JODI D.THORP**
                                       Counsel for Ms. Cornell Jones


DATED:        March 27, 2008           /s/ Dale Blankenship
                                       **DALE BLANKENSHIP**
                                       Assistant United States Attorney