1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 223-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Mr. Cornell Jones

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,    )    CASE NO. 07CR3410-DMS
                                )
12         Plaintiff,            )
                                )    DATE: March 28, 2008
13 v.                            )
                                )    TIME: 11:00 a.m.
14 KATHLEEN CORNELL JONES,       )
                                )
15         Defendant.            )    CERTIFICATE OF SERVICE
                                )
16                              )
                                )
17

18        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

information and belief, and that a copy of the foregoing document has been served this day upon:
19

20
   Dale Blankenship, Assistant Untied States Attorney
21

22

23

24 DATED:        March 28, 2008              /s/ Jodi D. Thorp
                                             JODI D. THORP
25                                           Counsel for Ms. Cornell Jones

26

27

28