1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3410-DMS |
| Plaintiff, | ) ) ) | DATE: March 28, 2008 |
| v. | ) ) | TIME: 11:00 a.m. |
| KATHLEEN CORNELL JONES, | ) ) | |
| Defendant. | ) ) ) | ORDER |
| _____ | ) | _____ |

   **IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently set for March 28, 2008, be continued to May 16, 2008, at 11:00 a.m.

   **SO ORDERED.**

DATED:  March 27, 2008

_____
HON. DANA M. SABRAW
United States District Judge