1  JODI D. THORP
   California Bar No. 223663
2  427 "C" Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169
   Fax: (619) 684-3569
4  jodithorp@thorplawoffice.com

5
   Attorneys for Ms. Cornell
6

7

8
                        UNITED STATES DISTRICT COURT
9
                       SOUTHERN DISTRICT OF CALIFORNIA
10
                         **(HONORABLE DANA M. SABRAW)**
11
   UNITED STATES OF AMERICA,          )    Criminal No.   07CR3410-DMS
12                                    )
               Plaintiff,             )
13                                    )    DATE: July 25, 2008
   v.                                 )
14                                    )    TIME: 11:00 a.m.
   KATHLEEN CORNELL JONES             )
15                                    )
     Defendant.                       )
16                                    )
                                      )    **JOINT MOTION TO CONTINUE**
17                                    **)    MOTION HEARING**
                                      )
18 ─────────────────────────────────────

19     Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**,

20 Jodi D. Thorp, counsel for Kathleen Cornell Jones, along with Assistant United States Attorney Dale

21 Blankenship, that the motion hearing currently scheduled for July 25, 2008, be rescheduled to Friday**, August**

22 **15, 2008, at 11:00 a.m.** for motion hearing trial setting.  The parties agree that all other dates should be

23 vacated.

24     **IT IS SO STIPULATED.**

25 DATED:       July 23, 2008              /s/ Jodi D. Thorp
                                           **JODI D.THORP**
26                                         Counsel for Ms. Cornell Jones

27
   DATED:       July 23, 2008               /s/ Dale Blankenship
28                                         **DALE BLANKENSHIP**
                                           Assistant United States Attorney