| | |
|---|---|
| 24  DATED:       July 23, 2008 | /s/ Jodi D. Thorp |