UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3410-DMS |
| Plaintiff, | ) | |
| | ) | DATE: July 25, 2008 |
| v. | ) | |
| | ) | TIME: 11:00 a.m. |
| KATHLEEN CORNELL JONES, | ) | |
| Defendant. | ) | ORDER |
| | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently set for July 25, 2008, be continued to August 15, 2008, at 11:00 a.m.

**SO ORDERED.**

DATED: July 23, 2008

_____
HON. DANA M. SABRAW
United States District Judge